NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

### ASSOCIATION OF AMERICAN SCHOOL PAPER SUPPLIERS,
*Plaintiff-Appellee,*

**v.**

### UNITED STATES,
*Defendant-Appellee.*

*and*

### KEJRIWAL PAPER LIMITED,
*Defendant-Appellant.*

———————————

2010-1219

———————————

Appeal from the United States Court of International Trade in consolidated Nos. 06-CV-0395 and 06-CV-0399, Judge Richard K. Eaton.

———————————

**JUDGMENT**

———————————

TIMOTHY C. BRIGHTBILL, Wiley Rein LLP, of Washington, DC, argued for the plaintiff-appellee. With him on the brief were ALAN H. PRICE and MAUREEN E. THORSON.

PATRICIA M. MCCARTHY, Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for the defendant-appellee. With her on the brief were TONY WEST, Assistant Attorney General, and JEANNE E. DAVISION, Director.

J. KEVIN HOGAN, deKieffer & Hogan, of Washington, DC, argued for defendant- appellant. With him on the brief was GREGORY S. MENEGAZ.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and PROST, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2010          /s/ Jan Horbaly
      Date                    Jan Horbaly
                                  Clerk